### O'NEAL v. HIGHLANDS HOTEL COMPANY.

RUSSELL, C. J.　This case is controlled by the rulings in *Felton* v. *Highlands Hotel Co.*, ante.

　　　　　　*Judgment reversed. All the Justices concur, except*

BECK, P. J., and ATKINSON, J., who dissent for the reasons stated in the dissenting opinion in the case just referred to.

No. 5854.　JANUARY 10, 1928.　REHEARING DENIED FEBRUARY 20, 1928.